UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Heather M Oakley, (HO 5385)**
Weinstein, & Riley, PS
19 Jackson Avenue
Washington, NJ 07882
(800) 206-7410

| | |
|---|---|
| In Re:<br><br>Manuel Umanzor, | Case No.: 02-31291 |
| Chase Manhattan Bank, USA, N.A.,<br>                            Plaintiff(s)<br>v.<br>Manuel Umanzor,<br>                            Defendant(s) | Adv. No.: 02-3300 |

## STIPULATION OF DISMISSAL

The undersigned, as attorney for plaintiff hereby discontinues, with consent of the attorney for defendant, the above entitled action with prejudice and without costs or attorneys fees.

Dated:    Washington, New Jersey
            November 3, 2004

**DATED: 11/18/2004**

*/s/ Rosemary Gambardella*
Rosemary Gambardella, Chief Judge
United States Bankruptcy Court

Attorney for Defendant
505 Main Street
Hackensack, NJ 07601

By:    ___/s/ Heather M Oakley____
        Heather M Oakley, Esq. (HO 5385)
        Weinstein & Riley, P.S.
        Attorney for Plaintiff
        14 Penn Plaza, Suite 1615
        New York, NY 10122

Order Filed on 11/18/2004 by Clerk U.S. Bankruptcy Court District of New Jersey